**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IVY CLARK,<br>Plaintiff,<br>v.<br>LOW COUNTRY SITEWORK, LLC,<br>Defendant. | Civil Action No.: 2:26-cv-00294-BHH<br><br>**DEFENDANT'S ANSWERS TO COURT INTERROGATORIES** |

Pursuant to Local Rule 26.01, Defendant Low Country Sitework, LLC, answers the Court Interrogatories as follows:

A. State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**ANSWER: None known at this time to Defendant.**

B. As to each claim, state whether it should be tried jury or nonjury and why

**ANSWER: Defendant demanded a jury trial on all issues so triable in its Answer to Plaintiff's Complaint.**

C. State whether the party submitting these responses is a publicly owned company and separately identify (1) any parent corporation and any publicly held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly owned company of which it is a parent; and (3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**ANSWER: Defendant is not a publicly owned company.**

D. State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). See Local Civ. Rule 3.01 (D.S.C.)

**ANSWER: Plaintiff alleges that the incident giving rise to Plaintiff's claim occurred in Charleston County, which is within the Charleston Division.**

E. Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER: No.**

F. If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER: Defendant is properly identified.**

G. If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

**ANSWER: Defendant contends that Plaintiff is responsible, in whole or in part, for the damages alleged in this action, to the extent any such damages exist. Discovery and investigation are ongoing, and Defendant reserves the right to supplement this response to identify additional persons or entities in accordance with the Federal Rules of Civil Procedure and the Local Rules.**

H. Parties or Intervenors in a Diversity Case. In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a)

**<u>ANSWER:</u> Defendant is a South Carolina limited liability company. Defendant's members are Robert Behringer and John Mazzarella, who are both individuals domiciled in and citizens of South Carolina. Accordingly, Defendant is a citizen of South Carolina for purposes of 28 U.S.C. § 1332.**

Respectfully submitted,

s/ Eric R. Tonnsen

Eric R. Tonnsen, Federal Bar #09898
Graham Horsman, Federal Bar #14522
TONNSEN BACH, LLC
880 Island Park Drive, Suite 410
Charleston, South Carolina 29492
Phone: (864) 236-5013
Fax: (864) 312-4191
*etonnsen@tonnsenbach.com*
*ghorsman@tonnsenbach.com*

Attorneys for Defendant

September 1, 2026

Charleston, South Carolina