**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

IVY CLARK,

Plaintiff,

v.

LOW COUNTRY SITEWORK, LLC,

Defendant.

Civil Action No.: 2:26-cv-00294-BHH

**RULE 26(f) REPORT**

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

__________ We agree that the schedule set forth in the Conference and Scheduling Order filed August 04, 2026 is appropriate for this case. The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.

**X** We agree that the schedule set forth in the Conference and Scheduling Order filed August 04, 2026 requires modification as set forth in the attached proposed Consent Amended Scheduling Order (use format of the Court's standard scheduling order attached hereto). The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.

__________ We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.

(SIGNATURE PAGE ATTACHED)

WE CONSENT

s/James G. Biggart II

James G. Biggart II, Federal Bar # 14195
Cooper Klaasmeyer, Federal Bar # 14272
Morgan & Morgan P.A.
4401 Belle Oaks Drive, Suite 300
North Charleston, SC 29405
jbiggart@forthepeople.com
cooper.klaasmeyer@forthepeople.com
biggartlitigation@forthepeople.com
**Attorneys for the Plaintiff**

s/ Eric R. Tonnsen

Eric R. Tonnsen, Federal Bar #09898
Graham Horsman, Federal Bar #14522
TONNSEN BACH, LLC
880 Island Park Drive, Suite 410
Charleston, South Carolina 29492
Phone: (864) 236-5013
Fax: (864) 312-4191
*etonnsen@tonnsenbach.com*
*ghorsman@tonnsenbach.com*
**Attorneys for Defendant**